

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-19-00497-CV

**IN RE ACADEMY, LTD.** d/b/a Academy Sports + Outdoors

Original Mandamus Proceeding[1]

PER CURIAM

Sitting:      Rebeca C. Martinez, Justice
              Irene Rios, Justice
              Liza A. Rodriguez, Justice

Delivered and Filed: July 31, 2019

PETITION FOR WRIT OF MANDAMUS DENIED

On July 22, 2019, relator filed a petition for writ of mandamus and a motion for stay pending final resolution of the petition for writ of mandamus. The petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a). The motion for stay is denied as moot.

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2019CI03804, styled *Deborah Braden, et al. v. Academy, Ltd. d/b/a Academy Sports + Outdoors*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Cynthia Chapa and the Honorable Michael Mery signed the orders at issue in this original proceeding.